# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>JEREMY RODRIGUEZ | Criminal Action<br>No. 2:03-cr-00271-AB-1 |

## ORDER

**AND NOW**, this 1st day of April, 2020, it is **ORDERED** that defendant Jeremy Rodriguez's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (ECF No. 127) is **GRANTED**. Mr. Rodriguez is **ORDERED** immediately released subject to the following conditions:

1. Mr. Rodriguez remains sentenced to six years of supervised release.

2. As a condition of supervised release, Mr. Rodriguez must remain in home quarantine for at least 14 days and until further order of the Court.

    S/ ANITA B. BRODY, J.
    ANITA B. BRODY, J.

Copies **VIA ECF** on 04/01/2020