UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 16-CR-127 (SRU) |
| vs. | : | |
| ANTRUM COSTON | : | APRIL 9, 2020 |

### MOTION FOR PERMISSION TO FILE UNDER SEAL

The defendant, Antrum Coston, respectfully requests permission for leave to file Exhibit C to Defendant's Emergency Motion for Compassionate Release under seal. In support of this Motion, defendant states that the filing of Exhibit C under seal is in the interest of justice as it contains sensitive medical information.

Respectfully submitted,

THE DEFENDANT,
Antrum Coston

FEDERAL DEFENDER OFFICE

Dated: April 9, 2020

/s/ Tracy Hayes_____
Tracy Hayes
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT 06510
Phone: (203) 498-4200
Bar No.: phv06527
Email: tracy_hayes@fd.org

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on April 9, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                      /s/ Tracy Hayes
                                                      Tracy Hayes